**YU | MOHANDESI LLP**

**B. Ben Mohandesi** (214921)
213.377.5505 | bmohandesi@yumollp.com
**Jordan S. Yu** (227341)
213.377.5502 | jyu@yumollp.com
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071
213.377.5501 Facsimile

Attorneys for Defendant
LVNV Funding, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gary Jones,<br><br>                      Plaintiff,<br><br>v.<br><br>LVNV Funding, LLC,<br><br>                      Defendant. | Case No.  13CV1739 JAH DHB<br><br>**DEFENDANT LVNV FUNDING, LLC'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>**[Fed. R. Civ. Proc. 7.1 and Civil Local Rule 40.2]**<br><br>**Hon. John A. Houston** |

　　　Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 40.2, Defendant LVNV Funding LLC, hereby certifies as follows:  Defendant LVNV Funding, LLC is wholly owned by Sherman Originator, LLC.

　　　DATED:  January 10, 2014.　　YU | MOHANDESI LLP

　　　　　　　　　　　　　　　By___*/s/ Ben Mohandesi*_____
　　　　　　　　　　　　　　　B. Ben Mohandesi
　　　　　　　　　　　　　　　Jordan S. Yu
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　LVNV Funding, LLC

**CERTIFICATE OF SERVICE**

I certify that on January 10, 2014, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: January 10, 2014.

YU | MOHANDESI LLP

By    /s/ Ben Mohandesi
B. Ben Mohandesi
Jordan S. Yu
Attorneys for Defendant
LVNV Funding, LLC

NOTICE OF PARTY WITH FINANCIAL INTEREST