Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Gary Jones

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY JONES,**<br><br>             Plaintiff,<br><br>v.<br><br>**LVNV FUNDING LLC,**<br><br>             Defendant. | Case No.: 3:13-CV-01739-JAH-DHB<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of this action in its entirety with prejudice within 45 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after April 7, 2014 for filing a joint dismissal.

Respectfully submitted,

Date: February 20, 2014                **HYDE & SWIGART**

                                                  By: s/ Crosby S. Connolly
                                                      Crosby S. Connolly
                                                      Attorneys for Plaintiff